MEMO ENDORSED

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

May 6, 2020

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
The Honorable Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York  10601-4150

    Re:    *Scott Morehouse v. Martin Vasquez, et al.*
              *USDC SDNY Civil No. 17 CV 4836 (KMK)*

Dear Judge Karas:

    On behalf of all parties, I write to request an adjournment of the upcoming status conference in this case, which is currently scheduled for Friday, May 8, 2020, at 11:30 a.m.

    I am pleased to report that the parties have had constructive settlement discussions and are moving forward in the settlement process.  On Friday, April 17, 2020, counsel for defendants and Mr. Morehouse spoke by telephone, and Mr. Morehouse made a monetary demand of defendants to settle the case.  On the basis of that conversation, I have initiated the process of obtaining authority from the New York State Attorney General's Office to settle the matter.  I am cautiously optimistic that the parties can resolve this matter without further litigation, but this office needs some additional time to review and to decide upon the matter.

    Today, counsel for defendants discussed this by telephone with Mr. Morehouse and all parties agreed to request that the Court grant an adjournment of the status conference.  Accordingly, with the consent of all parties, I respectfully request a sixty (60) day adjournment of the status conference, which should permit the parties to make substantial progress in the settlement process.  I will, of course, keep the Court apprised of developments.  If this meets with the Court's approval, the parties request that the Court "so order" it.

    The parties thank the Court for its time and attention to this matter.

Hon. Kenneth M. Karas
May 6, 2020
Page 2 of 2

Respectfully submitted,

LETITIA JAMES
*Attorney General*
*State of New York*

By: /s/ James Mirro
JAMES MIRRO
Assistant Attorney General

28 Liberty Street
New York, NY 10005
(212) 416-6019
james.mirro@ag.ny.gov

Granted. The Court will give the Parties 30 days to see if a settlement can be reached. The Parties are to report to the Court by June 6, 2020 of their progress. The 5/8/20 conference is adjourned without date, for now.

So Ordered.

[signature]

5/6/20

cc:   Scott Morehouse
      Sean M. O'Brien